SCHULES PURE GRAPE JUICE Co., INC., Appellant, v. JAMES C. DAVIS, Agent for Director-General of Railroads, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.